CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAUSCH, ET AL. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 07-1362   (RJL) |
| ) | |
| ELI LILLY & CO., ET AL. ) | Category   B |
| ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 27, 2007 from Judge John D. Bates to Judge Richard J. Leon by direction of the Calendar Committee.

(Judge Bates recused; Randomly Assigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Bates & Courtroom Deputy
      Judge Leon & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk