### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

RISE BAUSCH and
 JOSEPH BAUSCH

    Plaintiffs                      *

                                    Case No. 07-1362 (RJL)

v.                              *

ELI LILLY AND COMPANY, et. al.    *

    Defendants                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of GlaxoSmithKline, sued herein as successor to S.E. Massengill.

                                            Respectfully submitted,

                                            /s/ Janet K. Coleman
                                      Janet K. Coleman (497902)
                                      **WHITNEY & BOGRIS, LLP**
                                      401 Washington Avenue
                                      12th Floor
                                      Towson, MD  21204
                                      (410) 583-8000
                                      **Attorneys  for GLAXOSMITHKLINE**