**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RISE BAUSCH and
JOSEPH BAUSCH

    Plaintiffs                                       *

                                                  Case No. 07 CV 01362 (RJL)

v.                                           *

ELI LILLY AND COMPANY, et. al.       *

    Defendants                                  *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **LOCAL RULE 7.1 CERTIFICATE**

      I, the undersigned counsel of record for GlaxoSmithKline, sued herein as successor to S.E. Massengill, hereby certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates of GlaxoSmithKline which have any outstanding securities in the hands of the public:

SmithKline Beecham Corporation is owned by GlaxoSmithKline Holdings (Americas) Inc., a Delaware Corporation. GlaxoSmithKline Holdings (Americas) Inc. is owned by GlaxoSmithKline Investments (Switzerland) GmbH and GlaxoSmithKline International (Switzerland) GmbH, both of which are Swiss corporations. GlaxoSmithKline Investments (Switzerland) GmbH is owned by Glaxo Wellcome International, an Irish unlimited liability company. GlaxoSmithKline International (Switzerland) GmbH and Glaxo Wellcome International are both owned by GlaxoSmithKline International (Luxembourg) S.A., a Luxembourg corporation. All intermediate parents between GlaxoWellcome International (Luxembourg) S.A. and GlaxoSmithKline plc are wholly-owned subsidiaries—directly or indirectly—of GlaxoSmithKline plc and are not organized under the laws of the United States.

      These representations are made in order that judges of this Court may determine the need for recusal.

                                                              /s/ Janet K. Coleman
                                                       Janet K. Coleman (497902)
                                                      WHITNEY & BOGRIS, LLP
                                                      401 Washington Avenue
                                                      Twelfth Floor
                                                      Towson, Maryland 21204
                                                      (410) 583-8000
                                                      **Attorneys for GLAXOSMITHKLINE**