IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RISE BAUSCH, et al.                *

       Plaintiffs          *          Civil Action No.: 07-CV-1362 (JDB)

v.                                 *

ELI LILLY & COMPANY, et al.        *

    Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE TO ENTER APPEARANCE

Mr. Clerk:

Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP as attorneys for Bristol-Myers Squibb Company in the above-captioned case.

    /s/ Sidney G. Leech
    Sidney G. Leech (D.C. Bar No. 359071)
    Malcolm S. Brisker (D.C. Bar No. 472101)
    Goodell, DeVries, Leech & Dann, LLP
    One South Street, 20th Floor
    Baltimore, Maryland 21202
    410-783-4000
    *Attorneys for Defendant*
    *Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2007, a copy of Bristol-Myers Squibb Company's Notice to Enter Appearance was mailed first-class mail, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Brandon J. Waggoner, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Stephanie Albert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland 21201; *Attorneys for Lannett Company, Inc.*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204; ***Attorneys for GlaxoSmithKline, Inc.***

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; ***Attorneys for Premo Pharmaceutical Laboratories, Inc.***

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793; ***Attorneys for Abbott Laboratories, Inc.***

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland 21202; ***Attorneys for Elan Pharmaceuticals***

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314; ***Attorneys for Person & Covey, Inc.***

/s/ Sidney G. Leech
Sidney G. Leech