# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RISE BAUSCH, et al.,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| v. | ] | Civil Action No.: 07-1362 (RJL) |
| | ] | Next Event: |
| **ELI LILLY AND COMPANY, et al.** | ] | |
| | ] | |
| **Defendants.** | ] | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs RISE BAUSCH and JOSEPH BAUSCH in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046