IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RISE BAUSCH and JOSEPH BAUSCH,

          Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

          Defendants.

Civil Action No. 07-1362 (RJL)

Superior Court No. 07-0004536

## DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Premo Pharmaceutical Laboratories, Inc., certify that to the best of my knowledge and belief, Premo has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for Recusal.

Dated:   July 31, 2007

          Respectfully submitted,

          By:    /s/
              Sarah S. Keast (No. 493632)
              Goodwin | Procter LLP
              901 New York Ave. NW
              Washington, DC 20001
              Tel (202) 346-4000
              Fax (202) 346-4444

LIBW/1646401.1

        Of Counsel:
        Christopher Garvey, Esq.
        Jordan D. Weiss
        Goodwin | Procter LLP
        599 Lexington Avenue
        New York, New York 10022
        Telephone (212) 813-8800
        Facsimile (212) 355-3333
        Cgarvey@goodwinprocter.com
        JWeiss@goodwinprocter.com