IN THE UNITED STATES DISTRICT COUT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| RISE BAUSCH, et al. | * | |
| Plaintiffs | * | Civil Action No.: 07-1362 (RLJ) |
| v. | * | Superior Court No.: 07-0004536 |
| ELI LILLY & COMPANY, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## NOTICE TO ENTER APPEARANCE

Dear Mr. Clerk:

Please enter the appearance of Kathleen M. Bustraan and Lord & Whip, P.A. as attorneys for Lannett Company, Inc. in the above captioned case.

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan
(Bar No.: 24417)
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
410 539-5881 (phone)
410 685-6726 (facsimile)

*Attorneys for Lannett Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __2nd__ day of August, 2007 a copy of Lannett Company, Inc.'s Entry of Appearance was sent by first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC 20005-5793

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64109

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland 21202

Michelle R. Mangrum, Esquire
John Chadwick Coats, Esquire
Brandon J. Waggoner, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

John S. Anderson, Esquire
Troutman Saunders, LLP
1660 International Drive, Suite 600
McClean, Virginia 22102

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

Janet D. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 10th Floor
Towson, Maryland 21204

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314

/s/ Kathleen M. Bustraan
Kathleen M. Bustraan