IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE BAUSCH, *et al.*,              ) | |
|                                     ) | |
|             *Plaintiffs,*           ) | |
|                                     ) | |
| v.                                  ) | Case No. 1:07CV1362 (RJL) |
|                                     ) | |
| ELI LILLY AND COMPANY, *et al.*,    ) | |
|                                     ) | |
|             *Defendants.*           ) | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Michael J. McManus and Elizabeth Ewert as counsel in this case for Defendant Merck & Co., Inc.

I certify that the above-named counsel are admitted to practice in this court.

Respectfully submitted,

By: /s/Elizabeth Ewert
Elizabeth Ewert (#479368)
Michael McManus (#262832)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

*Attorneys for Merck & Co., Inc.*

Dated: August 6, 2007

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2007, a copy of the above and foregoing **Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert