IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE BAUSCH, *et al.*, | ) |
| | ) |
|       *Plaintiffs*, | ) |
| | ) |
| v. | )   Case No. 1:07CV1362 (RJL) |
| | ) |
| ELI LILLY AND COMPANY, *et al.*, | ) |
| | ) |
|       *Defendants*. | ) |

### DEFENDANT ORTHO-MCNEIL PHARMACEUTICAL, INC.'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil"), certify that to the best of my knowledge and belief, Ortho-McNeil has the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- Johnson & Johnson

This representation is made in order that judges of this Court may determine the need for recusal.

                                          Respectfully submitted,

                                          By:    /s/ Elizabeth Ewert
                                                 Elizabeth Ewert (#479368)
                                                 DRINKER BIDDLE & REATH LLP
                                                 1500 K Street, N.W., Suite 1100
                                                 Washington, D.C. 20005-1209
                                                 Telephone: 202/842-8800
                                                 Telecopier: 202/842-8465

Dated: August 6, 2007                             *Attorneys for Ortho-McNeil*
                                                           *Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2007, a copy of the above and foregoing **Defendant Ortho-McNeil Pharmaceutical, Inc.'s Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert