IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE BAUSCH, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Case No. 1:07CV1362 (RJL) |
| ) | |
| ELI LILLY AND COMPANY, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert as counsel in this case for Defendant Ortho-McNeil Pharmaceutical, Inc.

I certify that the above-named counsel are admitted to practice in this Court.

                                           Respectfully submitted,

                                        By:    /s/ Elizabeth Ewert
                                               Elizabeth Ewert (#479368)
                                               DRINKER BIDDLE & REATH LLP
                                               1500 K Street, N.W., Suite 1100
                                               Washington, D.C. 20005-1209
                                               Telephone: 202/842-8800
                                               Telecopier: 202/842-8465

Dated: August 6, 2007                      *Attorneys for Ortho-McNeil*
                                               *Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2007, a copy of the above and foregoing **Defendant Ortho-McNeil Pharmaceutical, Inc.'s Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert