UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE BAUSCH, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:07cv01362 |
| ) | |
| v. ) | Judge Richard J. Leon |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

### STIPULATED ORDER OF DISMISSAL FOR DART INDUSTRIES, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiffs Rise Bausch and Joseph Bausch and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

STIPULATED AND AGREED TO:

_____
Aaron M. Levine
D.C. Bar # 7864
Attorneys for Plaintiffs
Aaron M. Levine & Associates
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
(202) 833-8040

_____
John F. Anderson
D.C. Bar # 393764
Attorneys for Defendant
Dart Industries, Inc.
Troutman Sanders LLP
1660 International Dr., Suite 600
McLean, Virginia 22102
(703) 734-4356

SO ORDERED:

_____
Richard J. Leon
United States District Judge