IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE BAUSCH, *et al.*, )<br>)<br>*Plaintiffs,* )<br>) | Case No. 1:07CV1362 (RJL) |
| v. )<br>) | |
| ELI LILLY AND COMPANY, *et al.*, )<br>) | |
| *Defendants.* ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Rise Bausch and Joseph Bausch ("Plaintiffs"), and Defendant Merck & Co., Inc. ("Merck") have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Merck. Further, Plaintiffs and Defendant Merck have agreed that Plaintiffs and Defendant Merck will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiffs and Defendant Merck, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Merck each party to bear its own attorneys' fees and costs.

AARON M. LEVINE & ASSOCIATES

By:_____
    Aaron M. Levine (#7864)
    1320 - 19th Street, N.W., Suite 500
    Washington, D.C. 20036
    Telephone: 202/833-8040
*Counsel for Plaintiffs*


DRINKER BIDDLE & REATH, LLP

By:_____
    Elizabeth Ewert (#479368)
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005-1209
    Telephone: 202/842-8800
*Counsel for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2007, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Brian P. Nicholson
Brian P. Nicholson