IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RISE BAUSCH, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:07CV1362 (RJL) |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Rise Bausch and Joseph Bausch ("Plaintiffs"), and Defendant Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil") have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Ortho-McNeil. Further, Plaintiffs and Defendant Ortho-McNeil have agreed that Plaintiffs and Defendant Ortho-McNeil will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiffs and Defendant Ortho-McNeil, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Ortho-McNeil each party to bear its own attorneys' fees and costs.

AARON M. LEVINE & ASSOCIATES

By:_____

    Aaron M. Levine (#7864)
    1320 - 19th Street, N.W., Suite 500
    Washington, D.C. 20036
    Telephone:  202/833-8040
*Counsel for Plaintiffs*

DRINKER BIDDLE & REATH, LLP

By:_____

    Elizabeth Ewert (#479368)
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005-1209
    Telephone:  202/842-8800
*Counsel for Defendant Ortho-McNeil Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2007, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Brian P. Nicholson
Brian P. Nicholson