**IN THE UNITED STATES DISTRICT COUT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| RISE BAUSCH, et al. | * | |
| Plaintiffs | * | Civil Action No.: 07-cv-01362 RJL |
| v. | * | Superior Court No.: 07-0004536 |
| ELI LILLY & COMPANY, et al | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*

## DEFENDANT, LANNETT COMPANY, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NEW YORK

Defendant, Lannett Company, Inc. ("Lannett"), by undersigned counsel, opposes the Plaintiffs' Motion to Transfer their case to the Eastern District of New York and for reasons states:

1.   For the reasons set forth in Defendant, Eli Lilly & Company's Memorandum in Opposition to Plaintiffs' Motion to Transfer to the Eastern District of New York, Lannett opposes the motion to transfer.  Lannett adopts and incorporates by reference Eli Lilly & Company's Memorandum in Opposition to Plaintiffs' Motion to Transfer to the Eastern District of New York as if fully set forth herein.

WHEREFORE, Lannett Company, Inc. respectfully requests that the Court deny the Plaintiffs' motion to transfer to the Eastern District of New York.

*/s/ Kathleen M. Bustraan*
Kathleen M. Bustraan
(Bar No.: MD24417)
Lord & Whip, P.A.
Charles Center South
36 S. Charles Street, 10th Floor
Baltimore, Maryland 21201
410 539-5881 (phone)
410 685-6726 (facsimile)

*Attorneys for Lannett Company, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of November, 2007 a copy of Lannett Company, Inc.'s Memorandum in Opposition to Plaintiffs' Motion to Transfer to the Eastern District of New York was sent by first class mail, postage pre-paid to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC 20005-5793

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64109

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland 21202

Michelle R. Mangrum, Esquire
John Chadwick Coats, Esquire
Brandon J. Waggoner, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

John S. Anderson, Esquire
Troutman Saunders, LLP
1660 International Drive, Suite 600
McClean, Virginia 22102

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

Janet D. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 10th Floor
Towson, Maryland 21204

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314

> */s/ Kathleen M. Bustraan*
> Kathleen M. Bustraan

392832