UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RISE BAUSCH, et al., | }<br>}<br>} |
| Plaintiffs, | }<br>} |
| v. | }   Civil Action No. 07-1362 (RJL)<br>}   Next Event:   Status Conference |
| ELI LILLY AND COMPANY, et al., | }                          January 10, 2008<br>} |
| Defendants. | } |

**CONSENT MOTION TO EXTEND PLAINTIFFS' TIME TO REPLY
TO DEFENDANT ELI LILLY AND COMPANY'S OPPOSITION
TO PLAINTIFFS' MOTION TO TRANSFER**

COME NOW Plaintiffs, through counsel, and move to extend their time to reply to the Opposition of Defendant Eli Lilly and Company ("Lilly") to Plaintiffs' Motion to Transfer to the Eastern District of New York, and as grounds therefore state:

1. Plaintiffs filed their Motion to Transfer on October 30, 2007.

2. Lilly filed its Opposition to Plaintiffs' Motion on November 7, 2007, basing its argument primarily on Lilly's having not yet received Plaintiffs' discovery responses. According to LCvR 7(d), Plaintiffs have five days in which to reply to this Opposition.

3. Lilly received Plaintiffs' discovery responses at approximately the same time as Lilly filed its opposition. On November 8, 2007, Lilly's counsel represented to Plaintiffs' counsel that Lilly would supplement its Opposition or withdraw it entirely based on its analysis of Plaintiffs' discovery responses.

4. The Court's determination of this issue would be aided by both Plaintiffs and Lilly speaking to the merits of the argument to transfer. Plaintiffs should be allowed to tailor their

1

reply in response to Lilly's supplement, if any, and not to arguments which Lilly has stated it will amend or discard.

5. Lilly has consented to this motion.

WHEREFORE, for the above reasons, and for good cause shown, Plaintiffs, with consent of Lilly respectfully request that this Court extend Plaintiffs' time to file a reply memorandum in response to Lilly's Opposition to Transfer to five (5) days after Lilly files a supplement to its Opposition.

        Respectfully submitted,

        /s/ Aaron M. Levine
        AARON M. LEVINE, #7864
        1320 Nineteenth Street, N.W.
        Suite 500
        Washington, DC 20036
        Phone: 202-833-8040
        Fax:    202-833-8046

        Counsel for Plaintiffs

## LCvR 7.1(m) CERTIFICATION

Plaintiffs, through counsel, asked Defendant Eli Lilly and Company for consent to extend the time to reply to its Opposition. Defendant consented to the relief requested.

        /s/ Aaron M. Levine
        AARON M. LEVINE, #7864

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE BAUSCH, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 07-1362 (RJL) |
| | Next Event:   Status Conference |
| ELI LILLY AND COMPANY, et al., | January 10, 2008 |
| Defendants. | |

## (PROPOSED) ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Extend Plaintiffs' Time to Reply to Defendant Eli Lilly and Company's Opposition to Plaintiffs' Motion to Transfer, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Plaintiffs' motion be GRANTED and that the time for Plaintiffs to provide a reply memorandum to Defendant Eli Lilly and Company's Opposition to Plaintiff's Motion to Transfer to the Eastern District of New York is hereby extended to five (5) days from Defendant Eli Lilly and Company's supplement to its Opposition.

_____
The Honorable Richard J. Leon
United States District Judge