## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RISE BAUSCH, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | **Case No. 1:07CV1362 (RJL)** |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Rise Bausch and Joseph Bausch ("Plaintiffs"), and Defendant Pharmacia & Upjohn Company LLC (hereinafter "Upjohn") have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn. Further, Plaintiffs and Defendant Upjohn have agreed that Plaintiffs and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiffs and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn each party to bear its own attorneys' fees and costs.

AARON M. LEVINE & ASSOCIATES

By:_____

    Aaron M. Levine (#7864)
    1320 - 19th Street, N.W., Suite 500
    Washington, D.C. 20036
    Telephone:  202/833-8040
*Counsel for Plaintiffs*

DRINKER BIDDLE & REATH, LLP

By:_____

    Elizabeth Ewert (#479368)
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005-1209
    Telephone:  202/842-8800
*Counsel for Defendant Pharmacia & Upjohn Company LLC*