IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RISE BAUSCH, et al. | * | |
| Plaintiffs | * | Civil Action No.: 07-CV-1362 (JDB) |
| v. | | Next Event: Status Conference |
| | * | January 10, 2008 |
| ELI LILLY & COMPANY, et al. | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \*

## BRISTOL-MYERS SQUIBB COMPANY'S
## OPPOSITION TO PLAINTIFFS' MOTION TO TRANSFER
## TO THE EASTERN DISTRICT OF NEW YORK

Bristol-Myers Squibb Company, one of the Defendants, by its attorneys, Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP, files this Opposition to Plaintiffs' Motion to Transfer the above-captioned case to the Eastern District of New York, and as grounds therefore says:

1.  This Defendant incorporates by reference Eli Lilly's Memorandum in Opposition to Plaintiffs' Motion to Transfer to the Eastern District of New York, and Eli Lilly's Supplemental Memorandum in Opposition to Plaintiffs' Motion to Transfer to the Eastern District of New York. Bristol-Myers Squibb Company also incorporates by reference the Exhibits to Lilly's memoranda.

### Plaintiffs Have Produced No Evidence That There Is A Single
### Living Witness Relevant To This Case That Is Located In The
### Eastern District of New York

According to Plaintiff's discovery responses in the above-captioned case, the Plaintiff, Rise Bausch, was born in New York in 1954 and lived in Levittown, New York for eight years, until 1962. According to Plaintiff's response to Amended Uniform

Preliminary Request for Information No. 4, she lived in New Jersey from 1962 to 1981. According to the same discovery response, the Plaintiff lived in Florida for approximately one year, in 1981 and 1982, and has lived in Utah from 1987 to the present time. Therefore, the two jurisdictions in which the Plaintiff has lived the longest are New Jersey and Utah.

According to Plaintiff's Response No. 3 to Defendants' Amended Uniform Preliminary Request for Information, Plaintiff's parents are both deceased.

According to Plaintiff's Response No. 12 to Defendants' Amended Uniform Preliminary Request for Information, Dr. June H. Hagedorn prescribed DES to Plaintiff's mother in 1953 and 1954. Attached hereto as "Exhibit A" is a computer search indicating that a June Hagedorn with social security number 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 is no longer living. Although this is not conclusive proof, given the fact that Dr. Hagedorn was examining and treating Plaintiff's mother in 1953 and 1954, it is logical to conclude that Dr. Hagedorn is no longer living.

In Plaintiff's Response to No. 28 of Defendants' Amended Uniform Preliminary Request for Information, Plaintiff identifies the health care providers who have examined or treated her for the injuries allegedly resulting from her *in utero* DES exposure. They are Dr. Eliezer J. Livnat from Lauderdale Lakes, Florida, Dr. Sharokh Akhami at the Passaic General Hospital in Passaic, New Jersey, and Dr. Gail Carter at the Dixie Regional Medical Center in St. George, Utah. The other health care providers identified by Plaintiff in Response No. 31 are Dr. McKay Christian from St. George, Utah and Dr. Eugene Bradley from Wayne, New Jersey.

Therefore, Plaintiffs are unable to identify a single witness in the State of New York whose testimony is relevant or critical to the trial of any issue in the above-captioned case.

**WHEREFORE**, Bristol-Myers Squibb Company, one of the Defendants, moves this Honorable Court to enter an Order, denying the Plaintiff's Request to Transfer to the Eastern District of New York.

Respectfully submitted,

__/s/_____
Sidney G. Leech
D.C. Bar No. 359071
Malcolm S. Brisker
D.C. Bar No. 472101
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
sgl@gdldlaw.com.
*Attorneys for Defendant,*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2007, a copy of Bristol-Myers Squibb Company's Opposition to Plaintiffs' Motion to Transfer to the Eastern District of New York was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
John Chadwick Coots, Esquire
Brandon J. Waggoner, Esquire
Shook Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64109; *Attorneys for Defendant Eli Lilly & Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Kathleen M. Bustraan, Esquire
Lord & Whip, P.A.
Charles Center South
36 South Charles Street – 10th Floor
Baltimore, Maryland 21201; *Attorneys for Lannett Company, Inc.*

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204; *Attorneys for GlaxoSmithKline, Inc.*

Sarah A. Keast, Esquire
Goodwin Proctor, LLP
911 New York Avenue, Suite 900
Washington, D.C. 20001 ; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793; *Attorneys for Abbott Laboratories, Inc.*

Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland 21202; *Attorneys for Elan Pharmaceuticals*

/s/
Sidney G. Leech

# EXHIBIT A

Net Detective Plus :: Specialty Search :: Get the scoop on anyone! Page 1 of 1

Case 1:07-cv-01368-RJL    Document 50    Filed 11/29/2007    Page 7 of 7

# NET DETECTIVE PLUS
THE #1 PRO INTERNET DETECTIVE

GET THE SCOOP ON ANYONE → WWW.ADVANCED.NETDETECTIVE.NET

Logout | My Account | Help

- PEOPLE SEARCH
- BUSINESS SEARCH
- CRIMINAL RECORDS
- SPECIALTY SEARCH
  - Unclaimed Money
  - S.S. Death Index
  - S.S. Validation
  - Professional Records
  - Email Search
  - SBA Loans
  - Gov. Contracts
- BACKGROUND WIZARD
- LEGACY TOOLS
- NEW HOME BUYERS
- FREE TRIALS AND OFFERS

**NEW FEATURES**

**NEW People Search**
Extended details now available. Allowing one to access employment, education, marital status and other details for a more personal record search!

**ATTN: SAVE TIME!!**
The Background Wizard creates a detailed report in two clicks pulling records from all databases into one report. **GO >**

## Specialty Search - S.S. Validation
SOCIAL SECURITY VALIDATION information includes the state it was issued in & if it's valid.

PEOPLE SEARCH | BUSINESS SEARCH | CRIMINAL SEARCH | SPECIALTY SEARCH | BACKGROUND WIZARD | NEW HOME BUYERS

Search By:   Unclaimed Money | S.S. Death Index | S.S. Validation | Professional Records | Email Search
SBA Loans | Gov. Contracts

Enter a Social Security Number below and click **Validate**, to check if it's valid & what state it was issued in.

**SSN**

[___] - [___] - [___]   [ Validate ]

**This social security number 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 was assigned to JUNE HAGEDORN who is no longer living.**
**The number was assigned in Alabama.**
**The social security number is invalid.**

### DETECTIVE TIPS & UPDATES

▶ The **Social Security Death Index** (SSDI) is generated from the **US Social Security Administration's Death Master File.**

People Search: **By Name** - **By Address** - **By Phone**
Criminal Records: **General Search** - **Sex Offenders** | **Business Search**
New Home Buyer Search: **By Name** - **By Address**
Specialty Search: **Unclaimed Money** - **S.S. Death Index** - **S.S. Validation** - **Pro Records**
**Email Search** - **SBA Loans** - **Gov. Contracts**
**Legacy Tools** | **Background Wizard** | **Logout** | **My Account** | **Help**

Law Enforcement Version
Net Detective Plus is Endorsed by the National Association of Independent Private Investigators

**HD PUBLISHING GROUP, INC.**
1392 S. Woodland Blvd.
DeLand, FL 32720




© Copyright HD Publishing Group, Inc.
All Rights Reserved.
**Terms & Conditions**