UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RISE BAUSCH and JOSEPH BAUSCH** | * * | |
| Plaintiffs, | * | Civil Action No. 07-01362 (RJL) |
| v. | * | |
| **ELI LILLY AND COMPANY, et al.** | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL OF GLAXOSMITHKLINE

Plaintiffs Rise Bausch and Joseph Bausch, and GlaxoSmithKline ("GSK"), one of the defendants, by their respective undersigned counsel, hereby stipulate that the Complaint filed by Rise Bausch and Joseph Bausch against GSK is dismissed with prejudice as to GSK and without costs to either party.

_/s/ Janet K. Coleman_
Janet K. Coleman
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Towson, MD 21204

**Attorneys for SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE**

_/s/ Aaron M. Levine_
Aaron M. Levine
Aaron M. Levine & Associates, P.A.
1320 19th Street., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiffs**