IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RISE BAUSCH, et al.,** ]
]
    **Plaintiffs,** ]
]
v. ] Civil Action No.: 07-1362 (RJL/AK)
] Next Event: Telephonic Status Conference
**ELI LILLY AND COMPANY, et al.** ] on December 21, 2007 at 11:00 a.m.
]
    **Defendants.** ]

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

March 7, 2008:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

May 8, 2008:   Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

July 7, 2008:   All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

August 6, 2008:   Deadline for filing Dispositive Motions.

September 2008:   Pre-Trial Conference.

*N.B.   In addition, Defendant Lilly proposes April 8, 2008 as the deadline for joinder or amending the pleadings.*

DATED: _____           _____
                                                                        ALAN KAY
                                                                         United States Magistrate Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ John Chadwick Coots (by permission-rm) |
| AARON M. LEVINE, #7864 | JOHN CHADWICK COOTS, #461979 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC 20036 | Washington, DC 20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Counsel for Plaintiffs | and |
|  | David W. Brooks, Esq. |
|  | Jonathan H. Gregor, Esq. |
|  | SHOOK, HARDY & BACON, L.L.P. |
|  | 2555 Grand Boulevard |
|  | Kansas City, MO 64108 |
|  | 816-474-6550 |
|  | Fax: 816-421-5547 |
|  | Counsel for Defendant Eli Lilly and Company |
|  | GOODELL, DEVRIES, LEECH & DANN, LLP |
|  | /s/ Sidney G. Leech (by permission-rm |
|  | SIDNEY G. LEECH, #359071 |
|  | One South Street, 20th Floor |
|  | Baltimore, MD 21202 |
|  | 410-783-4000 |
|  | Counsel for Defendant Bristol-Myers Squibb |
|  | GOODWIN PROCTER LLP |
|  | /s/ Sarah S. Keast (by permission-rm) |
|  | SARAH S. KEAST, #493632 |
|  | 901 New York Avenue, N.W. |
|  | Washington, DC 20001 |
|  | 202-346-4000 |
|  | Counsel for Defendant Premo Pharmaceutical Laboratories, Inc. |

  /s/ Jaime W. Luse (by permission-rm)
JAIME W. LUSE, #501944
100 East Pratt Street, 26th Floor
Baltimore, MD  21202
410-752-9700

Counsel for Elan Pharmaceuticals, Inc. f/k/a
    Carnrick Laboratories, Inc.

LORD & WHIP, P.A.


 /s/ Kathleen M. Bustraan (by permission-rm)
KATHLEEN M. BUSTRAAN, #MD24417
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD  21201
410-539-5881

Counsel for Defendant Lannett Company, Inc.


Dated: December 18, 2007