UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RISE BAUSCH, *et al.*,
        Plaintiffs,
   v.
ELI LILLY AND COMPANY, *et al.*,
        Defendants.

Civil Action No. 07-1362(RJL/AK)

### SCHEDULING ORDER

The Court having considered the Proposed Scheduling Order submitted by counsel and having confirmed that all parties agree with the dates set forth of such Scheduling Order, it is hereby

**ORDERED** that the parties will comply with the following schedule:

Deadline for Pls.' expert designations and reports (Fed.R.Civ. P. 26(a)(2))  March 7, 2008

Deadline for Joinder or Amendment of Pleadings  April 8, 2008

Deadline for Defs.' expert designations and reports  May 8, 2008

Close of all discovery (experts may be deposed until the end of discovery)  July 7, 2008

Deadline for filing dispositive motions  August 6, 2008

Pre-Trial Conference date to be determined.

The parties are to jointly contact chambers, at 202-354-3030, to set a mediation date when they mutually agree that the case is ripe for mediation.

DATE: December 21, 2007            _____/s/_____
                                                                                ALAN KAY
                                                                                UNITED STATES MAGISTRATE JUDGE