UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                              :
RISE and JOSEPH BAUSCH                                        :
                                                              :
                    Plaintiffs,                               :   Civil Action No. 07-1362-(RJL)
                                                              :
          v.                                                  :
                                                              :
ELI LILLY AND COMPANY, et al.                                :
                                                              :
                    Defendants.                               :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
## DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.

Plaintiffs Rise and Joseph Bausch, through their undersigned counsel, Steven J. Lewis of

Aaron M. Levine & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its

undersigned counsel, Sarah S. Keast, of Goodwin Procter LLP, hereby stipulate that Plaintiffs'

claims against Premo Pharmaceutical Laboratories, Inc., only, may and shall be dismissed with

prejudice, with each party bearing their own costs, expenses, and attorney's fees.

Respectfully submitted,

/s/ Steven J. Lewis (by permission)
Steven J. Lewis (Bar # 472564)
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiffs*
*Rise and Joseph Bausch*

Sarah S. Keast (Bar # 493632)
Goodwin|Procter LLP
901 New York Ave., NW
(202) 346-4109
*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, a copy of the above and foregoing has been duly served upon counsel of record via ECF or first class U.S. Mail, postage pre-paid, to the following:

**Aaron M. Levine, Esq.**
**Brandon J. Levine, Esq.**
**Renee Lynne Robinson-Meyer, Esq.**
**Benjamin J. Cooper, Esq.**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
Attorneys for Plaintiff

**John Chadwick Coots, Esq.**
**Michelle R. Mangrum, Esq.**
**Judith L. O'Grady, Esq.**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
Attorneys for Defendant
*Eli Lilly & Company*

**Sidney G. Leech, Esq.**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202
Attorney for Defendant
*E.R. Squibb & Sons, Inc.*

**Kathleen M. Bustraan, Esq.**
LORD & WHIP, P.A.
36 South Charles Street
10th Floor
Baltimore, MD 21201
Attorney for Defendant
*Lannett Company, Inc.*

Sarah S. Keast