IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RISE BAUSCH, et al.** | * |
| | * |
| **Plaintiffs,** | |
| | * |
| v. | |
| | *    Case Action No.  07-CV-1362 |
| **ELI LILLY AND COMPANY, et al.** | * |
| **Defendants.** | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**DEFENDANT ELAN PHARMACEUTICALS, INC.'S
RULE 26(a)(2) EXPERT DISCLOSURES**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Joint Rule Report 16.3, and the Scheduling Order, Defendant Elan Pharmaceuticals, Inc. ("Elan"), by and through its attorneys, Jaime W. Luse and Tydings & Rosenberg LLP, hereby submits the following expert disclosure statement.

Elan hereby adopts the expert designations and expert statements as disclosed by its co-defendants in this case to the extent that these experts' opinions are not in conflict with Elan's position in this matter.

Elan also reserves the right to call:

a.     Any expert identified by the Plaintiff;

b.     Any expert necessary to present rebuttal testimony; and

c.     Any other physicians, nurses, and/or health care providers who have treated, examined or evaluated the Plaintiff.

2

      This disclosure is not a waiver of Elan's rights to object to the relevance of the proposed testimony of certain of Plaintiff's designated experts. Elan also reserves the right to supplement this disclosure and to name additional expert witnesses as circumstances dictate, upon any further discovery or to the extent it becomes necessary.

      Respectfully submitted,

      TYDINGS & ROSENBERG LLP

      /s/ Jaime W. Luse
      Jaime W. Luse, DC Bar #501944
       Tydings & Rosenberg LLP
       100 East Pratt Street, Suite 2600
       Baltimore, Maryland 21202
       (410) 752-9700

      *Attorneys for Elan Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th of May 2008, a copy of Elan Pharmaceutical, Inc.'s 26(a)(2) Statement was electronically filed to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorney for Plaintiffs**

Michelle R. Mangrum, Esquire
Ericka L. Kleiman, Esquire
Shook Hardy & Bacon, LLP
600 14th St., N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Mark C. Hegerty, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

**Attorneys for Defendant Eli Lilly & Company**

Janet Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Ave., 12th Floor
Towson, MD 21204

**Attorneys for Defendants GlaxoSmithKline, Inc. and Mallinckrodt, Inc.**

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, D.C. 20005-5793

**Attorneys for Defendant Abbott Laboratories, Inc.**

Craig C. Reilly, Esquire
Richards, McGettigan, Reilly & West, P.C.
1725 Duke Street, Suite 600
Alexandria, VA 22314

**Attorneys for Defendant Dart Industries**

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005-1209

**Attorneys for Defendants Pharmacia and Upjohn Company; Merck & Company; Ortho-McNeil Pharmaceuticals, Inc.**

Sarah A. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, Suite 900
Washington, D.C. 20001

**Attorneys for Defendant Premo Pharmaceutical Laboratories, Inc.**

Sidney Leech, Esqsuire
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol-Myers Squibb**

Kathleen M. Bustraan
Lord & Whip, PA
36 South Charles St., 10th Floor
Baltimore, MD  21201

**Attorneys for Defendant Lannett Company**

                                              /s/ Jaime L. Luse
                                              Jaime L. Luse