**IN THE UNITED STATES DISTRICT COUT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| RISE BAUSCH, et al. | * |
| Plaintiffs | * Civil Action No.: 07-cv-01362 RJL |
| v. | * |
| ELI LILLY & COMPANY, et al | * |
| Defendants | * |

        *    *    *    *    *    *    *

## LANNETT COMPANY, INC.'S EXPERT WITNESS DISCLOSURE STATEMENT

Lannett Company, Inc., Defendant, by its undersigned counsel and pursuant to Fed. R. Civ. Proc. 26(a)(2) and in accordance with the Court's Pre-Trial Scheduling Order, hereby submits its Expert Witness Disclosure Statement, and states as follows:

A.     Lannett Company, Inc. reserves the right to present expert testimony from any physician or health care provider who has treated the plaintiff at her request or on her behalf at any time.

B.     Lannett Company, Inc. hereby adopts the expert witness designations and reports disclosed by the co-defendants in this action to the extent those opinions are not in conflict with Lannett Company, Inc.'s positions in this matter, and reserves the right to present expert witness evidence from any witness designated or identified by any party in this case.  Lannett Company, Inc. also reserves the right to call any expert witness identified, designated or called by the

plaintiff in this action.  This disclosure is not a waiver of Lannett Company, Inc.'s

right to object to the relevance of proposed testimony, or otherwise to object to the

proposed testimony of the experts designated by the plaintiff or defendants.

     C.     Lannett Company, Inc. reserves the right to amend and supplement

its expert witness designations since discovery is ongoing, reserves the right to

designate additional expert witnesses as rebuttal witnesses, and reserves the right

to enlarge the scope of a given witness' testimony as discovery progresses and as

necessary to rebut evidence given by witnesses for other parties.

                                    Respectfully submitted,

                                    */s/ Kathleen M. Bustraan*

                                    Kathleen M. Bustraan
                                    (Bar No.:  MD24417)
                                    Lord & Whip, P.A.
                                    Charles Center South
                                    36 South Charles Street, 10th Floor
                                    Baltimore, Maryland 21201
                                    (410) 539-5881

                                    Attorney for Defendant,
                                    Lannett Company, Inc.

363298

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT on this 9<u>th</u> day of May, 2008 a copy of the foregoing Expert Witness Disclosure Statement was electronically filed and served on the following parties by regular mail, postage prepaid:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC  20005-5793

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64109

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland  21202

Michelle R. Mangrum, Esquire
John Chadwick Coats, Esquire
Brandon J. Waggoner, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, DC  20005-2004

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

Craig C. Reilly, Esquire
Richards McGettigan Reilly & West, PC
1725 Duke Street, Suite 600
Alexandria, VA  22314-3457

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

Janet D. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 10th Floor
Towson, Maryland 21204

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia  22314

*/s/ Kathleen M. Bustraan*