IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE BAUSCH et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 07-CV-1362 (JDB) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY et al. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), the Clerk of said Court will please note that Plaintiffs hav voluntarily dismissed all claims against Abbott Laboratories in the above-referenced action with prejudice.

Date: May 29, 2008                    Respectfully Submitted,

                         _____s/Aaron Levine/_____
                         Aaron Levine
                         D.C. Bar No: 7864
                         1320 19th Street, N.W.
                         Suite 500
                         Washington, D.C. 20036
                         202-833-8040

                         *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of May, 2008, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

                                            _____/Jennifer G. Levy/_____
                                     Attorney for Defendant Abbott Laboratories