IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE BAUSCH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | Civil Action No.: 07-cv-1362 (RJL) |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon plaintiffs Rise Bausch's and Joseph Bausch's and defendant Eli Lilly and Company's ("Lilly") Stipulation and Motion to Dismiss with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for plaintiffs and Lilly, and pursuant to FED. R. CIV. P. 41(a)(2):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, with each party to bear its own costs.

Dated this 23rd day of June, 2008.

_____
United States District Judge

cc:   Appended list of counsel of record

3

148964v1

**COUNSEL OF RECORD**

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Michelle R. Mangrum, Esq.
John Chadwick Coots, Esq.
Ericka L. Kleiman, Esq.
Shook, Hardy & Bacon, L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 20th day of June, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine  
Aaron Levine & Associates  
1320 19th St., N.W., Suite 500  
Washington, D.C. 20036  
**Attorneys for Plaintiffs**

      /s/ Ericka L. Kleiman  
**ATTORNEY FOR DEFENDANT**  
**ELI LILLY AND COMPANY**

5

148964v1