**IN THE UNITED STATES DISTRICT COUT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| RISE BAUSCH, et al. | * |
| Plaintiffs | * Civil Action No.: 07-cv-01362 RJL |
| v. | * |
| ELI LILLY & COMPANY, et al | * |
| Defendants | * |

　　　　　*　　*　　*　　*　　*　　*　　*

## **STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between the undersigned attorneys for the Plaintiffs and the Defendant, Lannett Company, Inc., that the above-entitled action is hereby dismissed with prejudice as against Lannett Company, Inc. and without cause to any party hereto as against the other.

　/s/　　　　　　　　　　　　　　　　　　/s/
Aaron M. Levine　　　　　　　　　　　　Kathleen M. Bustraan
(Bar No.: 7864)　　　　　　　　　　　　(Bar No.: MD24417)
Aaron M. Levine & Associates　　　　　　Lord & Whip, P.A.
1320 19th Street, N.W., Suite 500　　　　　Charles Center South, 10th Floor
Washington, D.C. 20036　　　　　　　　36 South Charles Street
(202) 833-8040　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　　　　　　　　(410) 539-5881

*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　　　*Lannett Company, Inc.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY THAT on this <u>19th</u> day of August, 2008 a copy of the foregoing Stipulation of Dismissal was electronically filed and served on the following parties by regular mail, postage prepaid:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Jennifer Gardner Levy, Esquire
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC  20005-5793

David W. Brooks, Esquire
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, Missouri 64109

Gerry H. Tostanoski, Esquire
Jaime W. Luse, Esquire
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, Maryland  21202

Michelle R. Mangrum, Esquire
John Chadwick Coats, Esquire
Brandon J. Waggoner, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, DC  20005-2004

Elizabeth Ewert, Esquire
Drinker, Biddle and Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209

Craig C. Reilly, Esquire
Richards McGettigan Reilly & West,
PC
1725 Duke Street, Suite 600
Alexandria, VA  22314-3457

Sarah S. Keast, Esquire
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001

Sidney G. Leech, Esquire
Goodell Devries Leech & Dann, LLP
1 South Street, 20th Floor
Baltimore, Maryland 21202

Janet D. Coleman, Esquire
Whitney & Bogris, LLP
401 Washington Avenue, 10th Floor
Towson, Maryland 21204

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia  22314

                           */s/ Kathleen M. Bustraan*